IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL MARTINEZ | : | CIVIL ACTION |
| vs. | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security | : | NO. 12-CV-2942 |

ORDER

AND NOW, this 18th day of November, 2013, upon consideration of the Magistrate Judge's Report and Recommendation of the decision of the Commissioner of Social Security and the Plaintiff's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Judgment is entered affirming the decision of the Commissioner of Social Security and the relief sought by Plaintiff is denied; and

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.